Harold SMITH, Plaintiff—Appellant,

v.

Edward F. REILLY, Jr.; Sandra Hilton; Jeffrey S. Kostbar; Charles Lyons; Alberto R. Gonzales; Harley G. Lappin; Richard Holt; John J. Lamanna, Defendants—Appellees.

No. 07–6498.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 7, 2007.

Harold Smith, Appellant Pro Se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Smith, a federal prisoner, appeals the district court's order denying as moot his motion for an unredacted copy of the record at government expense in his 28 U.S.C. § 2241 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Reilly,* No. 6:05–cv–03426–HFF (D.S.C. Feb. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*